BERNARD COATES, Respondent, *v.* LONG ISLAND RAILROAD COMPANY, Appellant.

Argued June 9, 1942; decided July 29, 1942.

*Fred L. Gross* for appellant.

*Mitchell May, Saul Harris, Arthur Sheinberg* and *Harold L. Crossman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.